# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| JOE R. BOWEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 2:10-0033 |
| ) | Judge Trauger |
| DACCO, INCORPORATED, ) | Magistrate Judge Bryant |
| ) | |
| Defendant. ) | |

## **O R D E R**

This case has been reassigned to Judge Trauger from Senior Judge Echols. It is hereby **ORDERED** that this case shall remain on referral to Magistrate Judge Bryant under the original referral Order. The court declines to set a trial date at this time, given that the Magistrate Judge will be holding a follow-up case management conference by telephone on December 13, 2010. If, following that conference, the parties wish the court to set the case for trial, they should file a motion requesting such.

It is so **ORDERED.**

Enter this 25th day of June 2010.

_____
ALETA A. TRAUGER
United States District Judge